Case 2:21-cr-20276-JTF-tmp Document 2 Filed 12/14/21 Page 1 of 2    PageID 3

DELERY

E-FILED
Friday, 07 January, 2022  03:55:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No.: 21-cr-20276-JTF tmp |
| Plaintiff, | ) | |
| vs. | ) | 18 U.S.C. § 1001 |
| JOHNNY DALE SHRAKE, | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 22, 2001, in the Western District of Tennessee and elsewhere, the defendant,

**JOHNNY DALE SHRAKE,**

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the United States, relating to an offense under Chapter 117 of Title 18, namely transportation of a minor with intent to engage in criminal sexual activity in violation of 18 U.S.C. Section 2423, by reporting to an FBI task force officer and others false threats against a federal witness. The statements and

representations were false because, as **SHRAKE** then and there knew, no such threats were made; all in violation of Title 18, United States Code, Section 1001.

**A TRUE BILL:**

_____
**FOREPERSON**

DATE: _____

_____
**JOSEPH C. MURPHY, JR.**
**ACTING UNITED STATES ATTORNEY**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Johnny Dale Shrake | ) Case No. 21-20276 JTF |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Johnny Dale Shrake,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. Sec. 1001 - False Statements to Federal Officer

Date: 12/14/2021

*Issuing officer's signature*

City and state: Memphis, TN

Thomas M. Gould-Clerk U.S. District Court
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____. |

Date: _____

*Arresting officer's signature*

*Printed name and title*


File Copy